| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Erickson, Ralph R. | 2. Court or Organization District of North Dakota | 3. Date of Report 05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge--Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address Quentin Burdick US Courthouse 655 1st Ave. N., Ste. 410 Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 26 A 10: 13 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. 2/15/93 | NDPERS County Retirement Plan |
| 3. 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. 12/31/96 | 457(b) Plan State of North Dakota |

Erickson_Ralph_R

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/08 | Self-employed Optometrist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AWSHX | A | Dividend | J | T | | | | | |
| 2. Lsi Logic Corp. | | None | J | T | | | | | |
| 3. Intel, Inc., common stock | A | Dividend | J | T | | | | | |
| 4. Alcatel Lucent common stock | | None | J | T | | | | | |
| 5. Oakmark Select, mutual fund | A | Dividend | J | T | | | | | |
| 6. Proctor & Gamble, common stock | A | Dividend | J | T | | | | | |
| 7. Wells Fargo & Co., common stock | A | Dividend | J | T | | | | | |
| 8. PIMCO High Yield Fund #I 08, Alerus Financial (SEP IRA) PHIYX | A | Dividend | J | T | | | | | |
| 9. Federated Kaufmann Small Cap Alerus SEP IRA SEP IRA FKASX | | None | J | T | Sold (part) | 12/19 | J | | |
| 10. Goldman Sachs Real Estate Securities Fund #639 SEP IRA GREIX | A | Dividend | J | T | | * | | | |
| 11. Fidelity Advisors Midcap Fund #533 Alerus SEP IRA FMCCX | A | Dividend | | | Sold | 5/16 | K | | |
| 12. Pimco Commodity Real Return Strategy Fund Inst. #45 SEP | A | Dividend | J | T | | * | | | |
| 13. Vanguard 500 Index Signal Shares Fund I 340 (Alerus SEP) | A | Dividend | K | T | Sold (part) | 12/19 | J | | |
| 14. Fidelity Investors Diversified Int. Fd. Alerus SEP FDVIX | A | Dividend | K | T | Sold (part) | 1/22 | J | A | |
| 15. Northern Instutional Funds Prime Obligations Alerus SEP | A | Int./Div. | J | T | | | | | |
| 16. Dimensional US Small Cap Value Fund (Alerus SEP) | A | Dividend | K | T | | * | | | |
| 17. Janus Advisor Mid Cap Growth (Alerus SEP )I | A | Dividend | J | T | Buy | 5/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

|  | | (A-H) | or int.) | (J-P) | Code 3 (Q-W) | redemption) | Day | (J-P) | (A-H) | (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Riversource Mid Cap Value R5 (Alerus SE | A | Dividend | J | T | Buy | 5/21 | K | | |
| 19. | Federated Capital Reserve Fund, State Bank & Trust (X) 401K | C | Dividend | K | T | | | | | |
| 20. | ING Aetna 457(b) ING (Aetna) VP Index Plus Large Cap. | | None | K | T | | | | | |
| 21. | ING Aetna 457(b) Fidelity VIP Growth Portfolio 109 | | None | K | T | | | | | |
| 22. | ING Aetna 457(b) T.Rowe Price MC Gr-Init-449 | | None | J | T | | | | | |
| 23. | ING Aetna 457(b) Oppenheimer Global Pt-Init--432 | | None | J | T | | | | | |
| 24. | Gate City Savings--Savings Account | A | Interest | J | T | | | | | |
| 25. | Digital Broadcast Corporation | | None | J | W | | | | | |
| 26. | Phoenix Life Insurance Policy Trust #1 | D | Int./Div. | M | T | | | | | |
| 27. | Guardian Insurance ( Life Insurance Cash Value) | D | Dividend | L | T | | | | | |
| 28. | Guardian Insurance (Cash Value) | C | Dividend | L | T | | | | | |
| 29. | Guardian Insurance (Cash Value) | | None | | | | * | | | |
| 30. | Guardian Insurance (Cash Value) | C | Dividend | K | T | | | | | |
| 31. | Jackson National Life ( Life Insurance) | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2) U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sec. VII Line 29. Purchased new Guardian Life Insurance Policy on October 1, 2007. Under the terms of the policy it has no accumulated cash value or surrender value at this time.

Sec. VII Line 10. Partial holding in Goldman Sachs Real Estate Securities fund was sold on 4/30/2008 value code "J" no gain was realized. Additional shares were purchased on 7/7/2008 value code "J" and 12/19/2008 value code "J".

Sec. VII Line 12. Partial holding in Pimco Commodity Real Return Strategy fund #45 was sold on 4/30/2008 value code "J" gain code "A". Additional shares were purchased on 12/19/2008 value code "J".

Sec. VII Line 16. Purchased holding in Dimensional US Small Cap Value Fund on 1/04/2008 value code "J". Additional shares were purchased on 5/20/2008 value code "J." Partial holdings were sold on 7/21/2008 value code "J" no gain was realized. Partial holdings were sold on 1021/2008 value code "J" no gain was realized.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544